1244

No. 90–7861.  BEN-MOSHE v. MARTINEZ, FORMER GOVERNOR OF FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari before judgment denied.

No. 90–1340.  SIMPSON v. SIMPSON ET AL., 500 U. S. 932;
No. 90–1391.  HEJL v. CITY OF AUSTIN ET AL., 500 U. S. 905;
No. 90–1512.  PENN ET UX. v. PARKE STATE BANK, 500 U. S. 918;
No. 90–7091.  GUERRERO v. UNITED STATES, 500 U. S. 920;
No. 90–7104.  TETER v. JONES, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER, 500 U. S. 955;
No. 90–7156.  VENKATESAN v. WHITE ET AL., 499 U. S. 965;
No. 90–7279.  DAVIS v. BEARD, WARDEN, ET AL., 500 U. S. 907;
No. 90–7306.  BURNS v. BURNS ET AL., 500 U. S. 907;
No. 90–7320.  WATKINS v. WEISS, 500 U. S. 907;
No. 90–7407.  FLEMING v. COLORADO, 500 U. S. 921;
No. 90–7424.  KISKILA ET UX. v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE (BUSINESS EXCHANGE, INC., ET AL., REAL PARTIES IN INTEREST), 500 U. S. 922;
No. 90–7555.  RUTHERFORD v. UNITED STATES, 500 U. S. 925; and
No. 90–7597.  GERMANO ET UX. v. BLEVINS, JUDGE, DISTRICT COURT FOR THE SEVENTH JUDICIAL DISTRICT OF OKLAHOMA, 500 U. S. 925.  Petitions for rehearing denied.

No. 89–1217.  LEHNERT ET AL. v. FERRIS FACULTY ASSN. ET AL., 500 U. S. 507.  Petition for limited rehearing and other relief denied.

JUNE 25, 1991

No. 90–8449 (A–976).  FRANCIS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth